**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ERIC BROOKS,**

      **Petitioner,**

**v.**                                                    **CASE NO.  4:13-cv-495-MW/CAS**

**PAMELA JO BONDI,**

      **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.5, filed January 13, 2014.   This Court notes that on January 21, 2014, mail was returned to the Clerk as undeliverable from the Petitioner, ECF No. 6.   On January 28, 2014, this Court entered its order requiring the Clerk to forward the report and recommendation to the Petitioner at the Florida Department of Corrections, ECF No. 7.   The appropriate documents were forwarded to the Petitioner by the Clerk the same day, January 28, 2014.  To date there has been no response from the Petitioner.  Accordingly, upon consideration,

no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a court order or to prosecute this case." The Clerk shall close the file.

**SO ORDERED on February 27, 2014.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**